UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Xum Tambriz, *et al.*,                                              :
:
                      Plaintiffs,         :         20-cv-5409 (AJN)
:
       -v-                                              :         ORDER
:
Taste and Sabor LLC, *et al.*,                                      :
:
                      Defendants.         :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case, **scheduled for December 11, 2020 at 3:30**, in person.  Per the Court's notice of initial pretrial conference, Dkt. No. 10, counsel were required to submit their proposed case management plan and joint letter seven days prior to the scheduled conference.  **The parties must do so no later than December 9, 2020 and <u>advise the Court if they can do without a conference</u>**.  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone, which the parties can access by dialing (888) 363-4749 and entering access code 9196964.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: December 7, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge