# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

gnaydenskiy@faillacelaw.com

December 9, 2020

**BY ECF**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 12/10/2020

Hon. Alison J. Nathan  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:    Xum Tambriz et al v. Taste and Sabor LLC et al  
       **Case No. 20-cv-05409-AJN**

Dear Judge Nathan:

We represent Plaintiffs in the above referenced matter. We have tried unsuccessfully to contact Defendant Selechnik by phone. Thus, we respectfully request an adjournment of the initial conference. Alternatively, If Your Honor is so inclined, we will comply with any case management plan Your Honor Orders.

We thank The Court for its attention to this matter.

Respectfully Submitted,

*/s/Gennadiy Naydenskiy, Esq.*  
Gennadiy Naydenskiy, Esq.  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
*Attorneys for Plaintiff*

---

**The parties are to submit a joint letter and proposed case management plan by December 18, 2020. Plaintiffs are ordered to make a good faith effort to establish contact with the Defendant. If Plaintiffs are still unable to contact the Defendant by that time, Plaintiffs are permitted to submit their own proposed case management plan for the Court's consideration.**

*Alison J. Nathan* 12/10/2020