USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xum Tambriz, *et al.*,

                Plaintiffs,

    –v–

Taste and Sabor LLC, *et al.*,

              Defendants.

20-cv-5409 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court ordered the parties to submit a proposed Case Management Plan by December 18, 2020. The parties have not done so. The parties are ordered to submit a Case Management Plan by January 7, 2021. If Plaintiffs are unable to contact Defendants after good faith efforts, Plaintiffs may submit their own proposed Case Management Plan.

SO ORDERED.

Dated: December 23, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge