UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xum Tambriz, *et al.*,

             Plaintiffs,

–v–

Taste and Sabor, LLC, *et al.*,

             Defendants.

20-cv-5409 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Plaintiffs' letter. Dkt. No 28. If the Plaintiffs' intend to "discontinue" their action against Defendant Jacob Selenchik, the Plaintiffs are instructed to submit a letter voluntarily dismissing their action against him by June 18, 2021. If the Plaintiffs intend to move for default judgment against the remaining defendants, the Plaintiffs must do so by July 14, 2021.

SO ORDERED.

Dated: June 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge