```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XUM TAMBRIZ, et al.,

                Plaintiffs,

    - against -

TASTE AND SABOR LLC,

                Defendant.
-------------------------------------------------------------X

20-CV-5409 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 15, 2021, Plaintiffs filed a motion for default judgment (ECF 39). The motion includes the Declarations of Octaviano Xum Tambriz (ECF 39 at p. 29) and Leonardo Xum Tambriz (ECF 39 at p. 34). Both declarations are incomplete. The Octaviano Declaration is missing the page(s) with paragraphs 6 through 17. The Leonardo Declaration is missing the page(s) with paragraphs 6 through 16. Accordingly, no later than **November 22, 2021**, Plaintiffs shall file complete copies of both declarations.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: November 15, 2021
       New York, New York

Copies transmitted this date to all counsel of record.